UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. SHORT,

    Plaintiff,

v.

                           Case No. 13-14838

                           Hon. John Corbett O'Meara

AOL, *et al.*,

    Defendants.
_____/

## ORDER GRANTING AOL's
## MOTION TO DISMISS

Before the court is Defendant AOL, Inc.'s motion to dismiss. Plaintiff has not filed a response. Having reviewed the complaint and Defendant's well-supported motion, the court finds that Plaintiff's claims are barred by *res judicata*, fail to state a claim upon which relief may be granted, and are frivolous.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE in its entirety.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: April 24, 2014

   I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 24, 2014, using the ECF system and/or ordinary mail.

               s/William Barkholz
               Case Manager